**Order entered September 8, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00714-CV

**THE CITY CARROLLTON, TEXAS, Appellant**

**V.**

**WEIR BROTHERS CONTRACTING, LLC, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02648**

### ORDER

Before the Court is appellee's September 3, 2020 unopposed first motion for extension of time to file its responsive brief. We **GRANT** the motion and **ORDER** appellee's responsive brief be filed no later than October 12, 2020.

/s/    BILL WHITEHILL
        JUSTICE